IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES A. KING, D.O.,

               Plaintiff,

v.                                                             Case No. 2:09-cv-13761
                                                           Judge John Feikens
PENNSYLVANIA LIFE INSURANCE        Mag. Judge Mark Randon
COMPANY,

               Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have before me, Magistrate Judge Mark A. Randon's Report and Recommendation ("Report") (Docket #15). In his Report, Magistrate Judge Randon recommends that I grant Defendant's Motion for Summary Judgment. Plaintiff filed an Objection to the Report, and Defendant filed a Response to Plaintiff's Objection. Having considered the arguments set forth by the parties, I find that Magistrate Judge Randon has thoroughly and correctly analyzed the issues and I agree with his recommendation. Therefore, I ADOPT Magistrate Judge Randon's Report, GRANT Defendant's Motion for Summary Judgment, and DISMISS the case.

**IT IS SO ORDERED.**

Date:  April 26, 2010                      s/ John Feikens
                                           John Feikens
                                           United States District Judge

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on April 26, 2010, by U.S. first class mail or electronic means.

s/Carol Cohron
Case Manager